**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ANNA GRAY, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC., a California corporation,<br><br>*Defendant*. | No. 19-cv-04550<br><br>Hon. Jorge L. Alonso |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anna Gray hereby voluntarily dismisses this action without prejudice.

1. On July 3, 2019, Plaintiff filed her Class Action Complaint against Defendant Transworld Systems, Inc. before this Court.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint nor served a motion for summary judgment.

3. Accordingly, Plaintiff hereby voluntarily dismisses the action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated:  August 21, 2019	Respectfully submitted,

                                                ANNA GRAY

                                                By: /s/ Eugene Y. Turin
                                                        One of Her Attorneys

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
eturin@mcgpc.com